**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SHERRY F. CHANCELLOR, TRUSTEE**
      Plaintiff

                                  Adv. Case No.:

vs.

**RICKY JAMES EVANS**
**a/k/a RICK EVANS**
      Defendant
_____//

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In Re:**PHILLIPS, JEFFREY DALE**        Case No.: 19-30566KKS
      Debtor                        Chapter       7
_____//

## COMPLAINT TO AVOID FRAUDULENT TRANSFER

**COMES NOW,** the Trustee, **SHERRY F. CHANCELLOR,** by and

through her undersigned attorney and files this her Complaint to Avoid Transfer

and in support thereof would state as follows:

1.     This Court has jurisdiction pursuant to 28 U.S.C. §1334.

2.     This is an action to avoid the transfer of a boat  pursuant to 11 U.S.C.

§548(a)(1)(A) and §548(a)(1)(B)(ii)(I).

3.     This is a core proceeding.

4.     The Debtor filed for relief under Chapter 7 of the Bankruptcy Code on

or about May 15, 2019.

5.      Both the Debtor, **JEFFREY DALE PHILLIPS,** and Defendant, **RICKY JAMES EVANS a/k/a RICK EVANS** testified that the Debtor "sold" a 1999 Capehorn V-Hull Boat to the Defendant in December 2017 for $5,000.00. There is no evidence or documentation of this transaction.  Neither the Debtor nor the Defendant has provided any proof that the funds for the sale were actually exchanged.

6.      The boat remained registered in the Debtor's name until August 2019. (See Attached Exhibit "A").  The Debtor paid for the registration from the alleged date of sale in December 2017 to August 2019, some three months after the Petition for Relief Under Chapter 7 of the Bankruptcy Code was filed and he also ensured that the sticker was properly affixed to the boat.  The boat remained titled in the Debtor's name until February 22, 2019 (See Attached Exhibit "B").

7.      The Debtor has paid and, upon information and belief, continues to pay, for the storage of the boat (see Attached Exhibit "C").

8.      The Defendant testified at deposition that he did not own a boat trailer and that the trailer used to transport the boat belongs to the Debtor.

9.      The Debtor is authorized to use the boat at will.  Per the testimony of the Defendant, the liberal use of the boat is in exchange for the payment of the fees for the boat slip (See Attached Exhibit "C").

10.     The Defendant testified that he used the boat once in 2019 without the Debtor.  The Defendant further testified that he did not recall using the boat without the Debtor at all in 2018.  The Defendant testified to the best of his knowledge, the Debtor used the boat alone probably twelve times in 2018 and another six times in 2019 as of October 21, 2019.

11.     The Defendant testified, and the records show, that the Debtor paid for the gas when the boat was used (See Attached Exhibit "D").

12.     Based upon the foregoing, all of the indicies of ownership demonstrate that the Debtor is the owner in fact of the boat at issue.

13.     Florida is a title State; therefore, the date of the transfer is the date the title was transferred to the Defendant, February 22, 2019, not the unsubstantiated December 2017 date.

14.     There is no evidence that this was a sale for value.  Not only has the Debtor, based upon the evidence, received nothing in exchange for the boat, he has continued to incur debt related to the boat and enjoyed the unrestricted use of same; in fact, the Debtor has used the boat more than the Defendant.

## <u>COUNT I</u>

15.     The transfer of the 1999 Capehorn V-Hull Boat should be voided. 11 U.S.C §548(a)(1)(A) states "The trustee may avoid any transfer (including any transfer to or for the benefit of an insider under an employment contract) of an

interest of the debtor in property, or any obligation (including any obligation to or for the benefit of an insider under an employment contract) incurred by the debtor, that was made or incurred on or within 2 years before the date of the filing of the petition, if the debtor voluntarily or involuntarily—(A) made such transfer or incurred such obligation with actual intent to hinder,  delay, or defraud any entity to which the debtor was or became, on or after the date that such transfer was made or such obligation was incurred, indebted…"

16.    The Trustee realleges paragraphs 1-14,

17,    The boat was transferred by title on or about February 22, 2019.

18.    On or about January 24, 2019, less than a month before the title was transferred, the Debtor was party to a hearing in which a Judgment for $122,935.50 was entered against him in the Final Judgment entered in the case of Ken Arnold vs. Jeffery Phillips d/b/a Affordable Marine Service 2016 CA 001646 Escambia County Florida Circuit Court (2019) (See Attached Exhibit "E").

19.    Based upon the proximity in time of the transfer to the Court's ruling against the Debtor, it would appear that the boat had been transferred for the purpose of the boat being protected from the Judgment attaching to said boat.

20.    The transfer of the boat hindered and delayed the creditor, **KEN ARNOLD,** from receiving funds to which he would have otherwise been entitled.

21.    As the transfer was for the purpose of hindering and delaying a

creditor, the transfer is avoidable by the Trustee pursuant to 11 U.S.C

§548(a)(1)(A) and as such the transfer should be voided and the boat, along with

anything on it when the Defendant received it, should be turned over to the Trustee

for liquidation.

## **COUNT II**

22.    The transfer of the boat should be voided pursuant to 11 U.S.C.

§548(a)(1)(B)(ii)(I) which states that the transfer can be avoided if the Debtor

"(i)received less than a reasonably equivalent value in exchange for such transfer

or obligation; and (ii)(I)was insolvent on the date that such transfer was made or

such obligation was incurred, or became insolvent as a result of such transfer or

obligation;".

23.    The Plaintiff realleges paragraphs 1-14 above.

24.    There has been no evidence presented, other than the self-serving

testimony of the Debtor, **JEFFREY DALE PHILLIPS,** and the Defendant

**RICKY JAMES EVANS, a/k/a RICK EVANS,** that the Defendant received

anything in exchange for the transfer.

25.    The Debtor was insolvent at the time the boat was transferred by title

to the Defendant.  Not only had the Debtor had a judgement entered against him

just weeks prior to the transfer, there was a Warrant for Collection of Delinquent

Sales and Use Tax (See Attached Exhibit "F") against the Debtor which was

pending at the time of the transfer.

26.    The fact that there was a substantial judgment against the Debtor and there was an outstanding tax warrant and the transfer of the boat was made less than three months prior to the filing of the Debtor's Petition for Relief under Chapter 7 of the Bankruptcy Code, indicates the Debtor was insolvent at the time of the transfer of the boat.

27.    Based upon the foregoing, the transfer should be voided under 11 U.S.C. §548(a)(1)(B)(ii)(I) as the Debtor was insolvent at the time of the transfer. The Defendant should be required to immediately turn over to the Trustee, the boat along with all items that were with it at the time of the purported transfer in December 2017.

**WHEREFORE,** the Trustee respectfully prays that this Court will enter an Order and grant the relief sought herein along with any other and further relief that this Court may deem just and proper.

**RESPECTFULLY SUBMITTED** this the 12th day of February 2020.

/s/ Sherry F. Chancellor
**SHERRY F. CHANCELLOR**
Florida Bar No. 434574
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445

MTRFS020K

# Exhibit "A"

Mail To:
**RICKY JAMES EVANS**
**2086 HIGHWAY 196**
**MOLINO, FL 32577-7060**

CO/AGY   9   / 2        T#   1104472000
                        B#   499977

# FLORIDA VESSEL REGISTRATION

| FL/DO # | **FL7746LV** | DECAL | **12494545** | | Expires | **Midnight Tue 8/11/2020** | | |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| YR/MK | **1999/CAPEHO** | BODY | **VS** | | | Reg. Tax | 31.25 | Class Code 100. |
| HIN | **FAB24056C999** | | | | | Init. Reg. | | Tax Months 12 |
| HULL | **FBGLSS** | PROPUL | **OUTBRD** | TITLE | **85442972** | County Fee | 2.75 | Back Tax Mos |
| USE | **PLSRE** | TYPE | **OPEN** | FUEL | **GAS** | Mail Fee | | Credit Class |
| DL/FEID | **E152730722910** | | | LENGTH | **24'10"** | Sales Tax | | Credit Months |
| Date Issued | **8/16/2019** | ENG DRIVE | | | | Voluntary Fees | | |
| | | ST OPER | | | | Grand Total | 34.00 | |

**RICKY JAMES EVANS**
**2086 HIGHWAY 196**
**MOLINO, FL 32577-7060**

### IMPORTANT INFORMATION

1. Your registration must be updated to your new address within 30 days of moving.
2. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.

A01624



Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| FAB24056C999 | 1999 | | VS | 24'10" | FL7746LV | 85442972 |

Date of Issue 02/22/2019

Registered Owner:

RICKY JAMES EVANS
2086 HIGHWAY 196
MOLINO   FL 32577-7060

## Exhibit B

Mail To:

RICKY JAMES EVANS
2086 HIGHWAY 196
MOLINO   FL 32577-7060

Lien Release
Interest in the described vehicle is hereby released

By _____
Title _____
Date _____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number | Lien Release |
|---|---|---|---|---|---|---|---|
| FAB24056C999 | 1999 | | VS | 24'10" | FL7746LV | 85442972 | Interest in the described vehicle is hereby released: |

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date | By |
|---|---|---|---|---|---|---|---|
| FL | | | | | VESSEL | 07/22/2015 | Title |

| Odometer Status or Vessel Manufacturer or OH use | | Hull Material | Prop | Date of Issue | Date |
|---|---|---|---|---|---|
| CAPEHORN | | FBGLSS | OUTBRD | 02/22/2019 | |

Registered Owner

RICKY JAMES EVANS
2086 HIGHWAY 196
MOLINO   FL 32577-7060

1st Lienholder

**NONE**

DIVISION OF MOTORIST SERVICES        TALLAHASSEE        FLORIDA        DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number  **140133707**

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____     Address: _____

Seller Must Enter Selling Price: _____     Seller Must Enter Date Sold: _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |__|__|__|__|__|__| x |__| (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE     ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. is NOT THE ACTUAL MILEAGE

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here: _____     CO-SELLER Must Sign Here: _____

Print Here: _____     Print Here: _____     Tax Collected: _____

Selling Dealer's License Number: _____     Tax No.: _____

Auction Name _____     License Number: _____

PURCHASER Must Sign Here: _____     CO-PURCHASER Must Sign Here: _____

Print Here: _____     Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

**EXHIBIT 1**

PENGAD 800-631-6989

STATE OF FLORIDA

HSMV 82250 (REV 3/15)

# Exhibit C

**Rental Agreement**
**Between**
**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

-------------------------- AND --------------------------

Name   Phillips, Jeff                                      Date:  April 2, 2019
Address   701 South L Street          City:  Pensacola        State:  FL  Zip:  32502
Home Phone  (850) 554-8117    Other Phone        Email: jphillips.ams@gmail.com

Harbor View Marine hereby agrees to provide storage space for his/her property described as:

Unit No.  TBA        Storage Unit Type: Outside
Property Type  BOAT
Make: Cape Horn          Model: 24 T TOP        Reg No:            Year:  1999
Color          Length:            Lic No:

Customer Agrees To Rent Space:
On a Monthly basis @    $250.00 Per Month
For a period from  4/02/19 to  9/30/19
inclusive at the rate of   $250.00 Per Month.
Receipt For Initial Payment:    Received $_____ to be applied on rental of space or dock.
         ( ) Cash    ( ) Check # ___    ( ) MC   ( ) Visa    ( )Disc    ( )Other _____
         Interest at the rate of  1.50% per month will be charged on past due accounts.

BILLING DETERMINATION:

LOA  24  L _____ = 24          BATTERY SWITCH  ___ ( YES OR NO  (CUSTOMER INITIAL)
BEAM  8  L 6 ___ = ___          GAS 3/4 FULL  ___ (CUSTOMER INITIAL)
HGT.  _____ = ___          SPEC. FLUSH INSTR  ___ (CUSTOMER INITIAL)
_____ L ___ = ___          TRIM TABS  ___ (CUSTOMER INITIAL)
_____ L ___ = 25          KEYS IN THE BOAT  ___ (CUSTOMER INITIAL)
                             TOP DOWN  ___ (CUSTOMER INITIAL)
*SUBJECT TO CHANGE AFTER ACTUAL MEASUREMENT*
TOTAL BILLING LENGTH ___ 25 ___ @ FEES PER FOOT:

ANNUAL (12 months) _____ (ft)  X length = _____
SEMI ANNUA (6-11 months) ___ (ft)  X length = $252
TOTAL FEE $_____ (PLUS TAX) 7/24 = $268.75

THE OWNER MUST GIVE A 30 DAY WRITTEN NOTICE TO PREVENT A MONTHLY CHARGE
THERE IS A SIX MONTH MINIMUM CHARGE REGARDLESS OF LENGTH OF TIME VESSEL IS ACTUALLY STORED

INSURANCE _____ AGENT_____

POLICY# _____ EXP _____

MAJOR PHYSICAL DAMAGE AT THE TIME OF DELIVERY

I HAVE READ THE ABOVE RENTAL AGREEMENT, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS SET FORTH HEREIN. I
HAVE RECEIVED A COPY.

CUSTOMER _____

MARINA AGENT _____          DATE  4/2/19

Request Bottom Rack —

**Rental Agreement**
**Between**
**Harbor View Marine**
**1220 Mahogany Mill Road**
**Pensacola, FL 32507**
**(850) 453-3435**

TERMS AND CONDITION

GRANDE LAGOON MARINE, INC. DBA HARBOR VIEW MARINE, hereinafter referred to as MARINA, and the undersigned Owner, hereafter referred to as OWNER, do hereby enter this boat storage agreement subject to the terms and conditions as are herein set forth.

All rentals, fees and taxes are payable monthly with the payment to be made in advance and no later than the 10th day of the month covered by such payment. THE ABOVE RENTAL RATE IS SUBJECT TO CHANGE UPON THIRTY (30) DAYS WRITTEN NOTICE TO OWNER.

In the event that OWNER fails to pay rent for a period of six (6) months or service charges for a period of (3) months, then MARINA, after providing notice of Nonjudicial sale to the OWNER at the following address on the storage contract, shall be entitled to proceed with the sale of the boat with n the provisions of Florida Statute 328.17  The OWNER shall be responsible for keeping MARINA informed of any change of address.

Except as hereinafter limited, MARINA will be responsible only for the damage of the above mentioned boat caused by employees or agents of MARINA during the performance of their duties in placing said boat in the leased space or removing said boat from said space. MARINA is not responsible for removal or replacement of drain plugs, for damage to OWNER'S boat due to a drain plug being left out, not to trim tabs, transducers, thru-hull fittings, ladders, platforms, tops, antennas, offset trolling motors, and other accessories or equipment protruding beyond the normal hull conformation. OWNER understands that MARINA is not obligated to insure against any loss occurring to said boat or to any personal property or accessories thereon.

It is expressly agreed that the MARINA is not an insurer of the stored property. OWNER shall carry insurance coverage against all perils on all stored by OWNER, and shall carry full liability insurance for bodily injuries, including death, property damage suffered in connection with this storage agreement. Such liability insurance shall be in an amount not less than $300,000. OWNER agrees to endorse his/her liability policy to name the MARINA as an additional insurer.

WAIVER OF SUBROGATION: OWNER hereby waives such cause action it may have or acquire against MARINA Owner or its employees or agents resulting in the destruction of or damage to real or personal property belonging to the OWNER and located in or on the premises and which are by fire and/or hazards insured against in an extended coverage endorsement to a standard fire insurance policy approved for use in the state of Florida

BAILMENT: it is understood and agreed that this agreement does not constitute a bailment. Except so otherwise provided herein OWNER retains and has exclusive care, custody and control, and access to the boat and its contents at all times.

OWNER agrees that any repair or maintenance that is to be done by anyone other than OWNER or MARINA must be approved by MARINA. OWNER must let MARINA know ahead of time, by phone, fax or in person, that another party may have the boat pulled for repair or maintenance. Third party must provide MARINA with proof of liability insurance, or they will not be permitted to work. OWNER also agrees that MARINA is not responsible for any damage or negligence due to a third party.

It is specifically agreed that this lease covers the right to store said vessel at this marina, but does not grant the OWNER the right to any specific slip. The MARINA shall designate which slip is to be used by the OWNER, and the MARINA may change the slip to be used at any time.

Notice must be given at the office of the MARINA prior to removal of said vessel from the slip. In the event said vessel changes ownership, the MARINA must be notified on the day of the said change of ownership, and the new boat owner must sign a new lease.

OWNER assumes all responsibility for and agrees to indemnify and hold harmless MARINA, its agents, and employees, from and against all claims, damages, loss and expense arising from fire, storm, theft, bodily injury, illness, death, or property damage, including a loss of the OWNER'S boat, where such claim in whole or in part by circumstances which were beyond the control of MARINA'S employees or agents.

EITHER MARINA OR OWNER MAY CANCEL THIS AGREEMENT BY FURNISHING 30 DAYS WRITTEN NOTICE TO THE OTHER PARTY.
OWNER INITIAL

IN WITNESS WHEREOF, OWNER and MARINA have executed this storage agreement on _____4/2/19_____.

BY: _____Owner

BY: _____Marina Agent

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

**Customer Charge Activity Statement**
Charge Activity From  8/01/17 thru  9/20/19

Account No    TCS6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502

September 20, 2019

| Date | Description | | | | Amount |
|------|-------------|--|--|--|--------|
| 4/02/19 | CHARGE Inv No  731534 | | | | 259.80 |
| | Invoice Items | | | | |
| | 4/02/19 STORAGE    STORAGE | 1 | 241.67 | 241.67 | |
| | Items Tota | | | 241.67 | |
| | Total Sales Taxes | | | 18.13 | |
| 4/08/19 | Payment - MC poa | | | | -259.80 |
| 5/01/19 | CHARGE Inv No  732941 | | | | 268.75 |
| | Invoice Items | | | | |
| | 5/01/19 STORAGE    Monthly STORAGE | 25 | 10.00 | 250.00 | |
| | Items Tota | | | 250.00 | |
| 5/24/19 | Payment - CASH POA | | | | -268.75 |
| 5/25/19 | CHARGE Inv No  734193 | | | | 199.50 |
| | Invoice Items | | | | |
| | 5/25/19 FUEL    87 OCTANE MIDGRADE | 50 | 3.99 | 199.50 | |
| | Items Tota | | | 199.50 | |
| 5/26/19 | Payment - MC POA | | | | -199.50 |
| 6/03/19 | CHARGE Inv No  735094 | | | | 268.75 |
| | Invoice Items | | | | |
| | 6/03/19 STORAGE    Monthly STORAGE | 25 | 10.00 | 250.00 | |
| | Items Tota | | | 250.00 | |
| 6/18/19 | Payment - MC POA | | | | -268.75 |
| 7/01/19 | CHARGE Inv No  737013 | | | | 268.75 |
| | Invoice Items | | | | |
| | 7/01/19 STORAGE    Monthly STORAGE | 25 | 10.00 | 250.00 | |
| | Items Tota | | | 250.00 | |
| 7/27/19 | Payment - MC Payment On Account | | | | -268.75 |
| 8/01/19 | CHARGE Inv No  739103 | | | | 268.75 |
| | Invoice Items | | | | |
| | 8/01/19 STORAGE    Monthly STORAGE | 25 | 10.00 | 250.00 | |
| | Items Tota | | | 250.00 | |
| 9/02/19 | CHARGE Inv No  740716 | | | | 268.75 |
| | Invoice Items | | | | |
| | 9/02/19 STORAGE    Monthly STORAGE | 25 | 10.00 | 250.00 | |
| | Items Tota | | | 250.00 | |

*LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA*

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

## Customer Charge Activity Statement

Charge Activity From  9/01/17 thru  9/20/19

| | | |
|---|---|---|
| 9/02/19 | Total Late Charges This Period | 4.24 |

| | |
|---|---|
| Current Balance | 541.74 |

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502
Phone No (850) 554-8117
Email: jphillips.ams@gmail.com

## Invoice

| Invoice No | 740139 |
|---|---|
| Date | 8/24/19 |
| Sales Code | RS |

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|---|---|---|---|---|---|---|
| 1 | FUEL | FUEL | FUEL | 87 OCTANE MIDGRADE | 70.10 | 3.590 | 251.66 |
| | | | | OUT AT 7.5 INCHES 217.00 | | | |
| | | | | BIN: FUEL | | | |
| | | | | ***Non Taxable Item*** | | | |

| Payment Method | XCCB | $251.66 | | | |
|---|---|---|---|---|---|
| | | | Sub Total | 251.66 |
| | | | Invoice Total | 251.66 |
| | | | Amt Paid/Deposits | 251.66 |

Transaction No2GS3OY
Card No:       2
Approval CodeAPPROVAL
Charge Amount:       251.66

Customer Signature
_____
Jeffrey Phillips

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502
Phone No (850) 554-8117
Email: jphillips.ams@gmail.com

**Invoice**

| | | |
|---|---|---|
| Invoice No | 740057 |
| Date | 8/23/19 |
| Sales Code | JMD |

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|------|------|---------|-------------|-----|-------|----------|
| 1 | BUF | P | 3028 | GLACIER CHERRY GATORADE | 1.00 | 1.96 | 1.96 |
| | | | | BIN: COOLER | | | |

| Payment Method | | MC | $2.11 | | | |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Sub Total | 1.96 |
| State/Fed Tax | 0.15 |
| Invoice Total | 2.11 |
| Amt Paid/Deposits | 2.11 |

Transaction No2MPEZO
Card No:        ******1302
Approval CodeAPPROVAL
Charge Amount:        2.11

Customer Signature
                            JEFFREY PHILLIPS

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502
Phone No (850) 554-8117
Email: jphillips.ams@gmail.com

## Invoice

| | |
|---|---|
| Invoice No | 739900 |
| Date | 8/18/19 |
| Sales Code | RS |

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|------|------|---------|-------------|-----|-------|----------|
| 1 | FUEL | FUEL | FUEL | 87 OCTANE MIDGRADE | 20.00 | 3.590 | 71.80 |
| | | | | OUT AT 7.5 INCHES 217.00 | | | |
| | | | | BIN: FUEL | | | |
| | | | | ***Non Taxable Item*** | | | |

| Payment Method | XCCB | $71.80 | | | |
|---|---|---|---|---|---|
| | | | Sub Total | | 71.80 |
| | | | Invoice Total | | 71.80 |
| | | | Amt Paid/Deposits | | 71.80 |

Transaction No2F1B8N
Card No:        2
Approval CodeAPPROVAL
Charge Amount:        71.80

Customer Signature
_____
Jeffrey Phillips

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502
Phone No (850) 554-8117
Email: jphillips.ams@gmail.com

**Invoice**

| | |
|---|---|
| Invoice No | 739399 |
| Date | 8/04/19 |
| Sales Code | RS |

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|------|------|---------|-------------|-----|-------|----------|
| 1 | FUEL | FUEL | FUEL | 87 OCTANE MIDGRADE | 20.00 | 3.990 | 79.80 |
| | | | | OUT AT 7.5 INCHES 217.00 | | | |
| | | | | BIN: FUEL | | | |
| | | | | ***Non Taxable Item*** | | | |

| Payment Method | XCCB | $79.80 | | |
|---|---|---|---|---|
| | | | Sub Total | 79.80 |
| | | | Invoice Total | 79.80 |
| | | | Amt Paid/Deposits | 79.80 |

Transaction No2SMABF
Card No:          2
Approval CodeAPPROVAL
Charge Amount:       79.80

Customer Signature  _____
                    Jeffrey Phillips

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

Page:    1

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502
Phone No (850) 554-8117
Email: jphillips.ams@gmail.com

### Invoice

| Invoice No | 738633 |
| Date | 7/28/19 |
| Sales Code | GR |

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|------|------|---------|-------------|-----|-------|----------|
| 1 | FUEL | FUEL | FUEL | 87 OCTANE MIDGRADE | 20.00 | 3.990 | 79.80 |
|   |      |      |         | OUT AT 7.5 INCHES 217.00 |     |       |          |
|   |      |      |         | BIN: FUEL ***Non Taxable Item*** |     |       |          |

| Payment Method | XCCB | $79.80 |
|----------------|------|--------|

| Sub Total | 79.80 |
| Invoice Total | 79.80 |
| Amt Paid/Deposits | 79.80 |

Transaction No2UAN48
Card No:        2
Approval CodeAPPROVAL
Charge Amount:      79.80

Customer Signature _____
                    Jeffrey Phillips

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCC6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502
Phone No (850) 554-8117
Email: jphillips.ams@gmail.com

## Invoice

| | |
|---|---|
| Invoice No | 738476 |
| Date | 7/25/19 |
| Sales Code | JV |

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|------|------|---------|-------------|-----|-------|----------|
| 1 | FUEL | FUEL | FUEL | 87 OCTANE MIDGRADE | 20.00 | 3.990 | 79.80 |
| | | | | OUT AT 7.5 INCHES 217.00 | | | |
| | | | | BIN: FUEL | | | |
| | | | | ***Non Taxable Item*** | | | |

| Payment Method | XCCB | $79.80 | | | |
|---|---|---|---|---|---|
| | | | Sub Total | | 79.80 |
| | | | Invoice Total | | 79.80 |
| | | | Amt Paid/Deposits | | 79.80 |

Transaction No2PFVMV
Card No:        2
Approval CodeAPPROVAL
Charge Amount:        79.80

Customer Signature
_____
Jeffrey Phillips

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCG6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502
Phone No (850) 554-8117
Email: jphillips.ams@gmail.com

### Invoice

| Invoice No | 737457 |
| Date | 7/04/19 |
| Sales Code | JV |

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|------|------|---------|-------------|-----|-------|----------|
| 1 | FUEL | FUEL | FUEL | 87 OCTANE MIDGRADE | 20.00 | 3.990 | 79.80 |
| | | | | OUT AT 7.5 INCHES 217.00 | | | |
| | | | | BIN: FUEL | | | |
| | | | | ***Non Taxable Item*** | | | |

| Payment Method | XCCB | $79.80 | | |
|----------------|------|--------|--|--|

| Sub Total | 79.80 |
| Invoice Total | 79.80 |
| Amt Paid/Deposits | 79.80 |

Transaction No2FUNPV
Card No:        2
Approval CodeAPPROVAL
Charge Amount:        79.80

Customer Signature
Jeffrey Phillips

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

Page:    1

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502
Phone No (850) 554-8117
Email: jphillips.ams@gmail.com

### Invoice

| | |
|---|---|
| Invoice No | 734823 |
| Date | 6/03/19 |
| Sales Code | SC |

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|------|------|---------|-------------|-----|-------|----------|
| 1 | FUEL | FUEL | FUEL | 87 OCTANE MIDGRADE | 20.00 | 3.990 | 79.80 |
| | | | | OUT AT 7.5 INCHES 217.00 | | | |
| | | | | BIN: FUEL | | | |
| | | | | ***Non Taxable Item*** | | | |

| Payment Method | XCCB | $79.80 | | |
|---|---|---|---|---|
| | | | Sub Total | 79.80 |
| | | | Invoice Total | 79.80 |
| | | | Amt Paid/Deposits | 79.80 |

Transaction No2LBBAX
Card No:       2
Approval CodeAPPROVAL
Charge Amount:       79.80

Customer Signature

Jeffrey Phillips

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

Page:     1

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502
Phone No (850) 554-8117
Email: jphillips.ams@gmail.com

**Invoice**

| Invoice No | 734772 |
| Date | 6/02/19 |
| Sales Code | JB |

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|------|------|---------|-------------|-----|-------|----------|
| 1 | FUEL | FUEL | FUEL | 87 OCTANE MIDGRADE | 20.00 | 3.990 | 79.80 |
|   |      |      |         | OUT AT 7.5 INCHES 217.00 |     |       |          |
|   |      |      |         | BIN: FUEL ***Non Taxable Item*** |     |       |          |

| Payment Method | | XCCB | $79.80 | | Sub Total | 79.80 |
|---|---|---|---|---|---|---|
| | | | | | Invoice Total | 79.80 |
| | | | | | Amt Paid/Deposits | 79.80 |

Transaction No2AHW1K
Card No:        2
Approval CodeAPPROVAL
Charge Amount:        79.80

Customer Signature
                    Jeffrey Phillips
WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

Page:    1

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS6291
Jeff Phillips
701 South L Street
Pensacola, FL 32502
Phone No (850) 554-8117
Email: jphillips.ams@gmail.com

**Invoice**

| | |
|---|---|
| Invoice No | 734374 |
| Date | 5/27/19 |
| Sales Code | JB |

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|---|---|---|---|---|---|---|
| 1 | FUEL | FUEL | FUEL | 87 OCTANE MIDGRADE | 70.00 | 3.990 | 279.30 |
| | | | | OUT AT 7.5 INCHES 217.00 | | | |
| | | | | BIN: FUEL | | | |
| | | | | ***Non Taxable Item*** | | | |

| Payment Method | | XCCB | $279.30 | | | |
|---|---|---|---|---|---|---|

|  | |
|---|---|
| Sub Total | 279.30 |
| Invoice Total | 279.30 |
| Amt Paid/Deposits | 279.30 |

Transaction No2XAJHZ
Card No:        2
Approval CodeAPPROVAL
Charge Amount:        279.30

Customer Signature _____
                              Jeffrey Phillips

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

Page:    1

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS2033
AFFORDABLE MARINE SERVICE
701 S. L STREET
PENSACOLA, FL 32502
Phone No (850) 439-0380

### Invoice

| Invoice No | 723797 |
| Date | 8/20/18 |
| Sales Code | JMD |

Reseller Tax ID No: 27-8015484

| # | Make | Dept | Part No | Description | | Qty | Price | Extended |
|---|------|------|---------|-------------|---|-----|-------|----------|
| 1 | MERC | P | 863829 | MUFFLER-IAC @2 | | 1.00 | 1.70 | 1.70 |
| | | | | BIN: M160-1 | | | | |
| | | | | | Retail Price | | 2.10 | |

| Payment Method | VISA | $1.83 | | Sub Total | 1.70 |
|---|---|---|---|---|---|
| | | | | State/Fed Tax | 0.13 |
| | | | | Invoice Total | 1.83 |
| | | | | Amt Paid/Deposits | 1.83 |

Transaction No 217139
Card No:        ******3084
Approval Code APPROVAL
Charge Amount:       1.83

Customer Signature _____

AFFORDABLE MARINE SERVICE

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

Page:     1

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS2033                                              **Invoice**          Invoice No        724876
AFFORDABLE MARINE SERVICE
701 S. L STREET                                                          Date              9/12/18
PENSACOLA, FL 32502
Phone No (850) 439-0380                                                  Sales Code        JMK

                                                                        Reseller Tax ID No: 27-8015484

| # | Make Dept | Part No | Description | Qty | Price | Extended |
|---|-----------|---------|-------------|-----|-------|----------|
| 1 | MERC P | 861150T02 | FITTING ASY-90 DG | 1.00 | 11.05 | 11.05 |
|   |   |   | BIN: M79-5 |   |   |   |
|   |   |   |   | Retail Price | 13.50 |   |

| Payment Method | VISA | $11.88 | | | |
|---|---|---|---|---|---|
| | | | Sub Total | 11.05 |
| | | | State/Fed Tax | 0.83 |
| | | | Invoice Total | 11.88 |
| | | | Amt Paid/Deposits | 11.88 |

Transaction No 084657
Card No:        ******3084
Approval Code APPROVAL
Charge Amount:        11.88

Customer Signature _____

                    AFFORDABLE MARINE SERVICE
WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

Page:    1

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS2033
AFFORDABLE MARINE SERVICE
701 S. L STREET
PENSACOLA, FL 32502
Phone No (850) 439-0380

## Invoice

| Invoice No | 732675 |
| Date | 4/30/19 |
| Sales Code | JMK |

Reseller Tax ID No: 27-8015484

| # | Make | Dept | Part No | Description | | Qty | Price | Extended |
|---|-------|------|---------|-------------|------|------|-------|----------|
| 1 | MERC | P | 811287 | REPAIR KIT | | 1.00 | 24.44 | 24.44 |
| | | | | BIN: M43-3 | | | | |
| | | | | | Retail Price | | 28.75 | |

| Payment Method | MC | $24.44 | | Sub Total | 24.44 |
|----------------|----|--------|--|-----------|-------|
| | | | | Invoice Total | 24.44 |
| | | | | Amt Paid/Deposits | 24.44 |

Transaction No24OCAB
Card No:        ******1302
Approval CodeAPPROVAL
Charge Amount:      24.44

Customer Signature

JEFFREY PHILLIPS

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

**Harbor View Marine**
1220 Mahoqany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS2033                                   **Invoi :e**
AFFORDABLE MARINE SERVICE
701 S. L STREET
PENSACOLA, FL 32502
Phone No (850) 439-0380

| Invoice No | 734589 |
|---|---|
| Date | 5/31/19 |
| Sales Code | JMK |

Reseller Tax ID No: 27-8015484

| # | Make  Dept | Part No | Description | Qty | Price | Extended |
|---|---|---|---|---|---|---|
| 1 | MERC P | 894911 | KEY 1A @2 | 1.00 | 3.83 | 3.83 |
| | | | BIN: Y56-07 | | | |
| | | | | Retail Price | 4.25 | |

| Payment Method | CASH | $3.83 | | Sub Total | 3.83 |
|---|---|---|---|---|---|
| | | | | Invoice Total | 3.83 |
| | | | | Amt Paid/Deposits | 3.83 |

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

**Harbor View Marine**
1220 Mahogany Mill Road
Pensacola, FL 32507
(850) 453-3435

TCS2033
AFFORDABLE MARINE SERVICE
701 S. L STREET
PENSACOLA, FL 32502
Phone No (850) 439-0380

## Invoice

| Invoice No | 740066 |
|---|---|
| Date | 8/23/19 |
| Sales Code | CP |

Reseller Tax ID No: 27-8015484

| # | Make | Dept | Part No | Description | Qty | Price | Extended |
|---|---|---|---|---|---|---|---|
| 1 | DON | P | 498673 | BR7HS-10 NGK SPARK PLUG | 6.00 | 2.50 | 15.01 |
| | | | | BIN: Z208 D04 | | | |
| | | | | Retail Price | | 2.78 | |

| Payment Method | MC | $15.01 | | Sub Total | 15.01 |
|---|---|---|---|---|---|
| | | | | Invoice Total | 15.01 |
| | | | | Amt Paid/Deposits | 15.01 |

Transaction No2WZVOF
Card No:        ******1302
Approval CodeAPPROVAL
Charge Amount:        15.01

Customer Signature

JEFFREY PHILLIPS

WWW.HARBORVIEWMARINE.COM

LIKE US ON FACEBOOK AT FACEBOOK.COM/HARBORVIEWPENSACOLA

LIKE US! FACEBOOK.COM/HARBORVIEWPENSACOLA

Page:    1



Customer Account Manager

Browse Customers | View Customer Invoices | View Charge/Payment Activity | Documents

Quick Find

| Last Name | First Name |
|-----------|------------|
| Phillips | Jeff |
| PHILLIPS | JEFF (PORKCHOP) |
| Phillips | John |
| PHILLIPS | JOHN |
| PHILLIPS | JOHN LEE |
| Phillips | John W. |
| Phillips | Ken |
| Phillips | Kenmore |
| Phillips | Lacy |
| Phillips | Leif |

+ Add    ▲ Change    ▬ Delete    Query    Reset

Customer Information

Customer No: TCS6291

Phillips Jeff
701 South L Street
Pensacola FL 32502

Customer Has Credit Card On File

Phones:
HOME (850) 554-8117

Units:
FL7746LV 1999 Cape Horn 24 T
TOP FAB24056C999
Email Address:

Current Balance
541.74

Close

12010 Watson Road
North Little Rock, Arkansas 72120-1694

Exhibit "E"

Recorded in Public Records 2/4/2019 2:43 PM OR Book 8041 Page 340,
Instrument #2019010302, Pam Childers Clerk of the Circuit Court Escambia
County, FL

Filing # 84137426 E-Filed 01/30/2019 01:42:42 PM

## IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**KEN ARNOLD**

                                    **Plaintiff,**

vs.                                                    **CASE NO.    2016 CA 001646**

**JEFFREY PHILLIPS d/b/a**
**AFFORDABLE MARINE SERVICE**

                                    **Defendants.**
_____/

### FINAL JUDGMENT

**THIS CAUSE,** having come before the Court on the 23rd day of January, 2019,

upon final hearing on the Complaint filed by Ken Arnold ("Plaintiff"). Defendant Jeffrey

Phillips d/b/a Affordable Marine Service has been properly served and received notice of

this trial. This Court being fully advised and having considered the arguments, pleadings,

applicable law, testimony and evidence before the Court finds that Plaintiff has sustained

the allegations of Counts I & III of the Complaint against the Defendant, and Plaintiff is

entitled to the relief prayed for, therefore it is:

**ORDERED AND ADJUDGED** as follows:

1.      This Court has jurisdiction of the parties in this cause and the subject matter hereof

and has jurisdiction to render this judgment; further, that the allegations contained herein

have been proved by competent evidence and that Final Judgment in favor of the Plaintiff on

Counts I & III of the Complaint is hereby entered.

2.      That Plaintiff shall recover from Defendant One Hundred Nineteen Thousand Five

Hundred and No/100 ($119,500.00), together with One Thousand Four Hundred Twenty

Two Dollars and 50/100 ($1,422.50) previously awarded by this Court's Order Granting

Plaintiff's Motion For Sanctions dated January 24, 2019, for a total of One Hundred Twenty

BK: 8041 PG: 341

Thousand Nine Hundred Twenty Two and 50/100 ($122,922.50), which shall accrue interest at the rate of 6.33% per year pursuant to §55.03, Florida Statutes, from the date of this judgment until paid.

3.     That Plaintiff has the right to possession of the Vessel, described as a 1993 Hydrotech with two Honda 225 horsepower motors, and trailer described in the Complaint. Defendant shall make the Vessel and trailer available for pickup by the Plaintiff within twenty (20) days of this Final Judgment.

4.     If the Defendant fails to make the Vessel and trailer available for pickup in accordance with Paragraph 3 above, upon the filing of an affidavit by the Plaintiff stating the Defendant has failed to comply with this Final Judgment, the Clerk of the Court shall issue a writ of possession for the above described Vessel and trailer without need of further Court order.

5.     It is further ordered and adjudged that the judgment debtor shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney within 45 days from the effective date of this Final Judgment, unless this Final Judgment is satisfied or post-judgment discovery is stayed. Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtors to complete form 1.977, including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney.

**FOR ALL OF WHICH LET EXECUTION ISSUE.**

**BK: 8041 PG: 342 Last Page**

DONE AND ORDERED in Escambia County, Florida on this _____ day of January, 2019.

I _____ _Len Powell Clk_

eSigned by CIRCUIT COURT JUDGE LACEY POWELL CLARK in 2016 CA 001648
on 01/30/2019 12:42:29 M76V5P

    **In cases wherein one party is unrepresented *(pro se)*, it is the responsibility or the sole attorney in the case to serve within five business days this *Final Judgment* upon any *pro se* party who does not have access to nor is a registered user of the Florida Courts e-Filing Portal.**

Conformed copies to:
Robert O. Beasley, Esq., 40 South Palafox Place, Suite 300, Pensacola, FL 32502
Jeffrey Phillips d/b/a Affordable Marine at 701 South L Street, Pensacola, FL 32502

3

Exhibit F

Recorded in Public Records 4/3/2019 8:11 AM OR Book 8072 Page 768,
Instrument #2019028947, Pam Childers Clerk of the Circuit Court Escambia
County, FL Recording $10.00



**FLORIDA**

**Florida Department of Revenue**
**Satisfaction and Release**
**of Tax Lien**

JEFFREY DALE PHILLIPS
701 S L ST
PENSACOLA, FL 32502-5247

| | | |
|---|---|---|
| Tax | : | Sales and Use Tax |
| **Business Partner #** | : | 3398009 |
| Contract Object # | : | 00015484675 |
| FEIN | : | 273527771 |
| Warrant # | : | 1000000801344 |

Re: Warrant issued under Chapter

_____ 212 , Florida Statutes

On ____10/25/2018_____ , _____, the Department of Revenue, State of Florida,

secured recordation of a Warrant for Collection of Delinquent ____Sales and Use Tax_____Tax,

which appears in the official records of __Escambia_____ County, Florida,

in O.R. Book _____7988_____, Page_____1185_____, Instrument #_2018085601_____.

WHEREAS, such warrant has been satisfied in full.

THEREFORE, the Department of Revenue, State of Florida, releases the above recorded lien and accordingly

requests that the Clerk of the Circuit Court record this Satisfaction and Release of Tax Lien.

WITNESS my hand and official seal in this City of _____Pensacola_____ ,

__Escambia_____ County, Florida, this _1st__ day of _April_____ 2019 ____ ,

Leon M. Biegalski, Executive Director
Department of Revenue, State of Florida

This Instrument prepared by:

_____
Authorized Agent



Please bill to:
State of Florida, Department of Revenue
PENSACOLA SERVICE CENTER
2205 LA VISTA AVE STE B
Pensacola, FL 32504-8210

DR-81
R. 05/