UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re: **PHILLIPS, JEFFREY DALE**          Case No.: 19-30566KKS
    Debtor                                          Chapter    7
_____//

**SHERRY F. CHANCELLOR, TRUSTEE**
    Plaintiff
                                 Adv. Case No.: 20-03004KKS

vs.

**RICKY JAMES EVANS**
**a/k/a RICK EVANS**
    Defendant
_____//

## FINAL DEFAULT JUDGMENT

**THIS MATTER** having come before the Court on the matter of the Plaintiff's Motion for Default Judgment (Doc. 9) and the Court after being otherwise fully advised, it is:

**ORDERED:**

1. A Final Judgment of Default is hereby entered against the Defendant granting the relief sought by the Trustee. Specifically, the Trustee shall be allowed to have her duly appointed representative pick-up the 1999 Capehorn V-Hull Boat at issue in the Trustee's Complaint. The boat shall then be liquidated for the benefit of the creditors.

2. The Court reserves jurisdiction over the parties hereto and the subject

matter herein to enter such other and further Orders that may become necessary.

**DONE AND ORDERED** this the __2nd__ day of ___September___ 2020.

_____
**HONORABLE KAREN K. SPECIE**
United States Bankruptcy Judge

CC: All Parties in interest

This Order Prepared by Sherry F. Chancellor, Trustee (Amended in Chambers)

Sherry F. Chancellor is hereby directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order